HENRY B. SIRE, Appellant, *v.* LEE SHUBERT, Respondent.

*Practice — discontinuance without costs.*

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 6th day of March, 1913, granting leave to defendant to serve an amended answer.

PER CURIAM: The answer herein was served on November 25, 1911, and the reply on December 1, 1911. After numerous appearances on the calendar the case was marked "ready" on the day calendar of December 24, 1912. On December 31, 1912, an order to show cause was granted, returnable January 3, 1913, for an order permitting the defendant to serve an amended answer setting up the Statute of Limitations. The motion was granted upon payment of taxable costs without prejudice to the present position of the case on the calendar. We think after such delay the plaintiff should have been allowed the alternative of discontinuance, without costs. The order appealed from should, therefore, be modified by providing that the motion be granted upon the terms stated, with leave to the plaintiff to discontinue, without costs, and as so modified affirmed, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ. Order modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice.

---

WILLIAM R. CRAWFORD, Appellant, *v.* HELEN CRAWFORD, Respondent.

Appeal from part of an order of the Supreme Court, entered in the New York county clerk's office on the 31st day of January, 1913, granting plaintiff an extension of time to serve a complaint, and from an order entered on the 10th day of February, 1913, denying plaintiff's motion to resettle the first order.

PER CURIAM: The order appealed from is modified by extending the plaintiff's time to serve the complaint five days from the entry and service of the order to be entered on this appeal. As so modified the order is affirmed, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ. Order modified as indicated in opinion and as modified affirmed, without costs. Order to be settled on notice.

---

In the Matter of OMAR POWELL, Respondent, for Writ of Mandamus for the Inspection of the Books, Records and Papers of the AMERICAN AND BRITISH MANUFACTURING COMPANY and WILLIAM R. SHELDON, Secretary and Treasurer, Appellants.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 10th day of January, 1913, modifying an order granting a motion for mandamus.

PER CURIAM: The order is modified so as to permit the examination of items Nos. 3, 4 and 5 at the office of the defendant in the city of Providence, R. I. As so modified the order is affirmed, with ten dollars

costs and disbursements to the appellant. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ. Order modified as indicated in opinion, and as modified affirmed, with ten dollars costs and disbursements to appellant. Order to be settled on notice.